No. 30. EX PARTE RAMOS.—Application for a writ of *habeas corpus* filed with Associate Justice del Toro. Decided January 17, 1910. Application denied. The petitioner appeared in his own behalf.

No. 218. THE PEOPLE *v.* ORTIZ.—Appeal from the District Court of Ponce. Decided January 17, 1910. Judgment affirmed. *Mr. Domingo Sepúlveda* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

No. 505. NIEVES *v.* SUÁREZ.—Appeal from the District Court of San Juan. Motion to dismiss the appeal. Decided January 17, 1910. Motion denied for failure to verify the date of the judgment and that of the notice of appeal taken therefrom, either by a certificate of the secretary of the court or by an affidavit of the petitioner. *Mr. Domingo Massari* for petitioner. *Mr. Francisco Socorro* for respondent.

No. 516. MEDINA *v.* ESTATE OF GARCÍA.—Appeal from the District Court of Aguadilla. Motion to dismiss the appeal. Decided January 21, 1910. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure and rule 40 of the rules of the Supreme Court. *Mr. Carlos Franco Soto* for petitioner. *Mr. A. Blanco Pagán* for respondent.

No. 501. RONDÓN *v.* MOLLFULLEDA ET AL.—Appeal from the District Court of San Juan. Motion to dismiss the appeal taken from a decision admitting an amendment to the complaint. Decided January 24, 1910. Appeal dismissed pursuant to the provisions of paragraph 3, section 295 of the Code of Civil Procedure. *Mr. Manuel F. Rossy* for petitioner. The respondent, *Mr. Juan Mollfulleda,* appeared in his own behalf.